## WILLIAM RIX ET AL.

### v.

## WILLIAM STUBBLEFIELD ET AL.

As the cause was submitted to the court below for trial upon precisely the same evidence as in the preceding case, the judgment will be reversed for the reasons assigned in the opinion of that case.

APPEAL from the Circuit Court of McLean county; the Hon. O. T. REEVES, Judge, presiding. Opinion filed February 7, 1883.

Mr. WILLIAM E. HUGHES, for appellants.

Mr. THOMAS F. TIPTON and Mr. HARRY V. TIPTON, for appellees.

HIGBEE, J. In this case appellants replevied the oats distrained in the above case, and the cause was submitted to the court for trial on precisely the same evidence as was heard in that case, and the property held by the court to be subject to the distress warrant, and the judgment will be reversed for the reasons assigned in the opinion in that case.

Reversed and remanded.